Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Cheri Johnson
2025LA000745
St. Clair County
7/22/2025 4:17 PM
33681448

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

**EXHIBIT A**

CHRISTEN WESLEY, an Individual )
 )
 Plaintiff, )
vs. )　XXXXXXX　2025LA000745
 )
SAM'S WEST, INC. d/b/a SAM'S CLUB )
and WANDA KOONCE, an Individual )
and DAVID HEATON, an Individual )
 )
 Defendant. )

## COMPLAINT

### COUNT I

COMES NOW, the Plaintiff, CHRISTEN WESLEY, an Individual, by and through his attorney, Steven E. Katzman and Katzman & Sugden, LLC, and for Count I of his cause of action against the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, states to the Court as follows:

1. On or about April 26, 2024, and all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was making a delivery to the loading dock at the Defendant, SAM'S WEST d/b/a SAM'S CLUB store, known as Club #8285, located at 1350 West Highway 50, in the City of O'Fallon, County of St. Clair and State of Illinois.

2. At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was and is a Delaware Corporation, licensed to and doing business in the State of Illinois, and operating a store under the name of SAM'S WEST, INC. d/b/a SAM'S CLUB, known as Club #8285, located at 1350 W Hwy 50, O'Fallon, IL 62269.

3. On or about April 26, 2024, and all relevant times before and after, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was the owner of and responsible for the maintenance and

cleanliness of the property, outside the loading dock and store located at 1350 W Hwy 50, O'Fallon, IL 62269.

4. On or about April 26, 2024, and all relevant times before and after, the Defendant, WANDA KOONCE, an Individual, and/or DAVID HEATON , an Individual, were employees of SAM'S WEST, INC. d/b/a SAM'S CLUB and residents of the County of St. Clair, and State of Illinois.

5. At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, employed persons to operate its business, including, but not limited to, the Defendant, WANDA KOONCE, an Individual and/or DAVID HEATON, an Individual, all of whom were operating within the course and scope of their employment.

6. At all relevant times hereto the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, and through its agents and employees, was under a duty to exercise reasonable care in the operation of its premises and to render it safe for use by persons lawfully thereon and, more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

7. On or about April 26, 2024, and at all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was lawfully on said premises making a delivery to the outside loading dock at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, store located at 1350 W Hwy 50, O'Fallon, IL 62269.

8. On or about April 26, 2024, and at all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, by and through its agents and employees, all who were acting within the course and scope of their employment was guilty of one, some or all of the following negligent acts and/or omissions:

A.  Negligently and carelessly failed to keep the area around the loading zone and outside the loading dock clean and safe from debris and other foreign objects.

B.  Negligently and carelessly failed to keep the premises safe for use by the Plaintiff, CHRISTEN WESLEY, an Individual and other persons lawfully upon the premises, when the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, knew, or in the exercise of reasonable care, should have known, that leaving standing water mixed with other debris and algae and/or moss near the outside loading dock posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESELY, an Individual.

C.  Negligently and carelessly failed to provide a safe means of ingress and/or egress in the area the Plaintiff, CHRISTEN WESLEY, an Individual, was delivering goods to the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, store when it knew, or in the exercise of reasonable care, should have known, that leaving standing water mixed with other debris and algae and/or moss near the outside loading dock posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

D.  Negligently and carelessly allowed water and other liquid to spill out into the area near the outside loading dock where the Plaintiff, CHRISTEN WESLEY, an Individual, fell when the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, knew, or in the exercise of reasonable care, should have known, that leaving standing water mixed with other debris and algae and/or moss posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

E.  Negligently and carelessly failed to warn the Plaintiff of the dangerous conditions on its premises at or near the loading/unloading dock.

F.  Was otherwise negligent and careless in the maintenance of its premises.

G.  Negligently and carelessly allowed a dangerous condition to wit: water and other liquid and other debris and algae to remain on the area near the outside loading dock where the Plaintiff was lawfully upon, when it knew or in the exercise of reasonable care, should have known, that leaving water, liquid and other debris and algae, posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

H.  Negligently and carelessly failed to inspect its premises, when in the exercise of reasonable care, such an inspection would have discovered a dangerous condition existing on their property to wit: standing water and other liquid mixed with other debris and algae near the outside loading dock,

which posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

I.  Negligently and carelessly failed to take remedial measures to remove the dangerous condition existing on its premises to wit: standing water and liquid mixed with other debris and algae near the outside loading dock, when in the exercise of reasonable care, the failure to take such action presented a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

9.  Based on the foregoing, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, is vicariously liable to the Plaintiff, CHRISTEN WESLEY, an Individual, for the negligent and careless conduct of its agents, servants, and/or employees, including, but not limited to, the Defendant, WANDA KOONCE, an Individual, and/or the Defendant, DAVID HEATON, an Individual, all of whom were acting within the course and scope of their employment.

10. As a direct and proximate result of one, some or all of the aforementioned negligent acts and/or omissions of the employees and its agents, including, but not limited to, the Defendant, WANDA KOONCE, an Individual, and/or the Defendant, DAVID HEATON, an Individual, the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall to the ground near the outside loading dock and sustain serious and significant injuries to various body parts, including, but not limited to his back, neck, head, right and left legs and other body parts; the Plaintiff, CHRISTEN WESLEY, an Individual, was forced to and did hire the services of hospitals and physicians in curing himself, and in the future will be required to hire the services of hospitals and physicians in curing himself; the Plaintiff, CHRISTEN WESLEY, an Individual, has become obligated for medical and hospital bills, and in the future will be required to incur and become obligated for medical and hospital bills; the Plaintiff, CHRISTEN WESLEY, an Individual, has sustained great pain and mental anguish and will in the future suffer great pain and mental anguish; the Plaintiff, CHRISTEN WESLEY, an Individual, sustained disability and/or loss of a normal life as well as missing numerous working days

and opportunities and in the future will miss numerous working days and opportunities; the Plaintiff, CHRISTEN WESLEY, an Individual, has suffered permanent injuries to his various body parts, including but not limited to his back, neck, head, right and left legs, and other body parts, and other internal organs and body parts as well as incurring a permanent disability, and loss of a normal life and emotional injuries and future lost wages, all to his permanent detriment in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff, CHRISTEN WESLEY, an Individual, prays for judgment against the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

STEVEN E. KATZMAN, 01414321
Attorney for Plaintiff

KATZMAN & SUGDEN, LLC
300 South Charles Street
Belleville, Illinois  62220
(618) 235-2110 (Phone)
(618) 235-2117 (Fax)
steve@katzmanlaw.net

## COUNT II

COMES NOW, the Plaintiff, CHRISTEN WESLEY, an Individual, by and through his attorney, Steven Katzman and Katzman & Sugden, LLC, and for Count II of his cause of action against the Defendant, WANDA KOONCE, an Individual, states to the Court as follows:

1. On or about April 26, 2024, and all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was making a delivery to the outside loading dock at the Defendant, SAM'S WEST d/b/a SAM'S CLUB store, known as Club #8285, located at 1350 West

Highway 50, in the City of O'Fallon, County of St. Clair and State of Illinois.

2.  At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was and is a Delaware Corporation, licensed to and doing business in the State of Illinois and operating a store under the name of SAM'S WEST, INC. d/b/a SAM'S CLUB, known as Club #8285, at 1350 W Hwy 50, O'Fallon, IL 62269.

3.  On or about April 26, 2024, and all relevant times before and after, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was the owner of and responsible for the maintenance and cleanliness of the property, outside loading dock and store located at 1350 W Hwy 50, O'Fallon, IL 62269.

4.  On or about April 26, 2024, and all relevant times before and after, the Defendant, WANDA KOONCE, an Individual, was a Merchandise Compliance Manager and employee of SAM'S WEST, INC. d/b/a SAM'S CLUB and a resident of the City of Dupo, County of St. Clair, and State of Illinois.

5.  At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, employed persons to operate its business, including, but not limited to, the Defendant, WANDA KOONCE, an Individual, all of whom were operating within the course and scope of their employment.

6.  At all times relevant hereto, the Defendant, WANDA KOONCE, an Individual, was charged with and responsible for supervising and overseeing the condition of the outside loading dock, including the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall.

7.  At all times relevant hereto, the Defendant, WANDA KOONCE, an Individual, was under a duty to exercise reasonable care in the supervision and maintenance of the premises and to render it safe for use by persons lawfully thereon and, more particularly, the Plaintiff, CHRISTEN WESLEY,

an Individual.

8.  On or about April 26, 2024, and at all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was lawfully on said premises making a delivery to the outside loading dock at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, store located at 1350 W Hwy 50, O'Fallon, IL 62269.

9.  On or about April 26, 2024, and at all relevant times hereto, the Defendant, WANDA KOONCE, an Individual, was guilty of one, some or all of the following negligent acts and/or omissions:

A.  Negligently and carelessly failed to keep and supervise and keep the area around the loading zone and outside loading dock clean and safe from debris and other foreign objects.

B.  Negligently and carelessly failed to keep and supervise and to examine and notify the appropriate persons at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, of the dangerous condition to wit, that there was standing water mixed with other debris and algae and/or moss, near the outside loading dock which posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

C.  Negligently and carelessly failed to supervise and ensure that there was a safe means of egress in the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was delivering goods to the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, when she knew, or in the exercise of reasonable care, should have known, that leaving standing water mixed with other debris and algae and/or moss near the outside loading dock posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

D.  Negligently and carelessly failed to inspect and supervise and notify the appropriate parties at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, that the area near the outside loading dock where the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall was in need of maintenance and cleanup.

10. As a direct and proximate result of one, some or all of the aforementioned negligent

acts and/or omissions, the Defendant, WANDA KOONCE, an Individual, the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall to the ground near the outside loading dock and sustain serious and significant injuries to various body parts, including, but not limited to his back, neck, head, right and left legs and other body parts; the Plaintiff, CHRISTEN WESLEY, an Individual, was forced to and did hire the services of hospitals and physicians in curing himself, and in the future will be required to hire the services of hospitals and physicians in curing himself; the Plaintiff, CHRISTEN WESLEY, an Individual, has become obligated for medical and hospital bills, and in the future will be required to incur and become obligated for medical and hospital bills; the Plaintiff, CHRISTEN WESLEY, an Individual, has sustained great pain and mental anguish and will in the future suffer great pain and mental anguish; the Plaintiff, CHRISTEN WESLEY, an Individual, sustained disability and/or loss of a normal life as well as missing numerous working days and opportunities and in the future will miss numerous working days and opportunities; the Plaintiff, CHRISTEN WESLEY, an Individual, has suffered permanent injuries to his various body parts, including but not limited to his back, neck, head, right and left legs, and other body parts, and  other internal organs and body parts as well as incurring a permanent disability, and loss of a normal life and emotional injuries and future lost wages, all to his permanent detriment in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff, CHRISTEN WESLEY, an Individual, prays for judgment against the Defendant, WANDA KOONCE, an Individual, in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

STEVEN E. KATZMAN, 01414321
Attorney for Plaintiff

KATZMAN & SUGDEN, LLC
300 South Charles Street
Belleville, Illinois 62220
(618) 235-2110 (Phone)
(618) 235-2117 (Fax)
steve@katzmanlaw.net

## <u>COUNT III</u>

COMES NOW, the Plaintiff, CHRISTEN WESLEY, an Individual, by and through his attorney, Steven Katzman and Katzman & Sugden, LLC, and for Count III of his cause of action against the Defendant, DAVID HEATON, an Individual, states to the Court as follows:

1. On or about April 26, 2024, and all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was making a delivery to the outside loading dock at the Defendant, SAM'S WEST d/b/a SAM'S CLUB store, known as Club #8285, located at 1350 West Highway 50, in the City of O'Fallon, County of St. Clair, and State of Illinois.

2. At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was and is a Delaware Corporation, licensed to and doing business in the State of Illinois and operating a store under the name of SAM'S WEST, INC. d/b/a SAM'S CLUB, known as Club #8285, at 1350 W Hwy 50, O'Fallon, IL 62269.

3. On or about April 26, 2024, and all relevant times before and after, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, was the owner of and responsible for the maintenance and cleanliness of the property, outside loading dock and store located at 1350 W Hwy 50, O'Fallon, IL 62269.

4. On or about April 26, 2024, and all relevant times before and after, the Defendant, DAVID HEATON, an Individual, was the Club Manager for and employee of SAM'S WEST, INC. d/b/a SAM'S CLUB and a resident of the City of O'Fallon, County of St. Clair, and State of Illinois.

5. At all times relevant hereto, the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, employed persons to operate its business, including, but not limited to, the Defendant, DAVID HEATON, an Individual, all of whom were operating within the course and scope of their employment.

6. At all times relevant hereto, the Defendant, DAVID HEATON, an Individual, was charged with and responsible for supervising, overseeing and checking daily the condition of the parking lot, including, but not limited to, the outside loading dock, looking for trash and other misplaced objects and inspecting the condition of the premises, including the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall.

7. At all times relevant hereto, the Defendant, DAVID HEATON, an Individual, was under a duty to exercise reasonable care in the supervision and maintenance of the premises and to render it safe for use by persons lawfully thereon and, more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

8. On or about April 26, 2024, and at all relevant times before and after, the Plaintiff, CHRISTEN WESLEY, an Individual, was lawfully on said premises making a delivery to the outside loading dock at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, store located at 1350 W Hwy 50, O'Fallon, IL 62269.

9. On or about April 26, 2024, and at all relevant times hereto, the Defendant, DAVID HEATON, an Individual, was guilty of one, some or all of the following negligent acts and/or omissions:

    A. Negligently and carelessly failed to keep and supervise and keep the area around the loading zone and outside loading dock clean and safe from debris and other foreign objects.

    B. Negligently and carelessly failed to keep and supervise and to examine and notify the appropriate persons at the Defendant, SAM'S WEST, INC. d/b/a

SAM'S CLUB, of the dangerous condition to wit, that there was standing water mixed with other debris and algae and/or moss near the outside loading dock, which posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

C. Negligently and carelessly failed to supervise and ensure that there was a safe means of egress in the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was delivering goods to the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, when he knew, or in the exercise of reasonable care, should have known, that leaving standing water mixed with other debris and algae and/or moss near the outside loading dock posed a hazard to persons using the premises and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

D. Negligently and carelessly failed to inspect and supervise and notify the appropriate parties at the Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB, that the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall near the outside loading dock was in need of maintenance and cleanup.

E. Negligently and carelessly, failed to adequately perform his job duties, including daily inspection of the premises and parking lot and the area where the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall, and further failed to take appropriate action to remedy the dangerous condition, to wit, standing water mixed with other debris and algae near the outside loading dock, when he knew or in the exercise of reasonable care should have known, this caused a danger to persons utilizing that area, and more particularly, the Plaintiff, CHRISTEN WESLEY, an Individual.

10. As a direct and proximate result of one, some or all of the aforementioned negligent acts and/or omissions, the Defendant, DAVID HEATON, an Individual, the Plaintiff, CHRISTEN WESLEY, an Individual, was caused to fall to the ground near the outside loading dock and sustain serious and significant injuries to various body parts, including, but not limited to his back, neck, head, right and left legs and other body parts; the Plaintiff, CHRISTEN WESLEY, an Individual, was forced to and did hire the services of hospitals and physicians in curing himself, and in the future will be required to hire the services of hospitals and physicians in curing himself; the Plaintiff, CHRISTEN WESLEY, an Individual, has become obligated for medical and hospital bills, and in the future will be required to incur and become obligated for medical and hospital

Page 11 of 12

bills; the Plaintiff, CHRISTEN WESLEY, an Individual, has sustained great pain and mental anguish and will in the future suffer great pain and mental anguish; the Plaintiff, CHRISTEN WESLEY, an Individual, sustained disability and/or loss of a normal life as well as missing numerous working days and opportunities and in the future will miss numerous working days and opportunities; the Plaintiff, CHRISTEN WESLEY, an Individual, has suffered permanent injuries to his various body parts, including but not limited to his back, neck, head, right and left legs, and other body parts, and other internal organs and body parts as well as incurring a permanent disability, and loss of a normal life and emotional injuries and future lost wages, all to his permanent detriment in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

WHEREFORE, for all the aforementioned reasons, the Plaintiff, CHRISTEN WESLEY, an Individual, prays for judgment against the Defendant, DAVID HEATON, an Individual, in a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

STEVEN E. KATZMAN, 01414321
Attorney for Plaintiff

KATZMAN & SUGDEN, LLC
300 South Charles Street
Belleville, Illinois  62220
(618) 235-2110 (Phone)
(618) 235-2117 (Fax)
steve@katzmanlaw.net